STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Gregory Stag                          Warren A. Perrin
Smith Stag, LLC                               Perrin, Landry, et al
365 Canal St., #2850                          P. O. Box 53597
New Orleans LA 70130                           Lafayette LA 70505


REHEARING ACTION: July 2, 2014


**Docket Number: 13   01196-CA**

**CARLOS BOONE, ET UX.**
**VERSUS**
**CONOCO PHILLIPS COMPANY, ET AL.**

**Appealed from Vermilion Parish Case No. 92292**


<u>**BEFORE JUDGES**</u>:

  **Hon. Ulysses Gene Thibodeaux**
  **Hon. Sylvia R. Cooks**
  **Hon. John E. Conery**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Carlos Boone, et al** has this day been

  **DENIED.**


cc: Rebecca H. Dietz, Counsel for the Appellee
    Morgan J. Wells, Jr., Counsel for the Appellee